UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV20-01230 JAK (JEMx) | Date | February 22, 2021 |
| Title | Richard Cooks v. Shop Q, Inc. | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Joseph Remigio | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings:    (IN CHAMBERS) ORDER RE PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (DKT. 15)

Based on a review of Plaintiff's Response to the Court's Order to Show Cause (Dkt. 15), the Order to Show Cause (Dkt. 14) is **DISCHARGED**. As requested by Plaintiff in the Response, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

                                                                                           : 
Initials of Preparer    jre